741 A.2d 198

**Albert TRUAX, Appellant,**

**v.**

**WORKERS' COMPENSATION APPEAL BOARD (TRU WELD, INC.), Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 13, 1999.

Decided Dec. 20, 1999.

Joan D. Mason, Meadville, for Albert Truax.

F. David Dermotta, Pittsburgh, for Tru Weld, Inc.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

422

## *ORDER*

PER CURIAM:

**AND NOW**, this 20th day of December, 1999, the Order of the Commonwealth Court is REVERSED pursuant to *Jasper v. Workmen's Compensation Appeal Bd.*, 498 Pa. 263, 445 A.2d 1212 (1982). The case is remanded to the Workers' Compensation Judge and is limited to the determination of whether a compensable work-related injury occurred on June 25, 1992.